UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY RAYMOND JOSEPH PEREZ,

    Plaintiff,

    v.

WARDEN,

    Defendant.

Case No. 20-cv-04526-SI

**ORDER OF DISMISSAL**

Plaintiff sent to the court a letter complaining about prison or jail conditions at the "K.C.S.C. Facilities" in Bakersfield, California. In an effort to protect his rights, a new action was opened and the letter was filed on July 6, 2020. Two days later, plaintiff was notified that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee, and the deadline by which to do so has passed. This action therefore is DISMISSED without prejudice for failure to file a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: August 18, 2020

_____
SUSAN ILLSTON
United States District Judge