UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY RAYMOND JOSEPH PEREZ,<br>　　　　Plaintiff,<br>　　v.<br>WARDEN,<br>　　　　Defendant. | Case No. 20-cv-04526-SI<br><br>**JUDGMENT** |

　　This action is dismissed for failure to file a pleading showing that the court has subject matter jurisdiction.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 18, 2020

_____
SUSAN ILLSTON
United States District Judge